EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
333 South Hope Street, Suite 1000
Los Angeles, California 90071-1429
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail:  elukas@hfdclaw.com

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (*Pro Hac Vice pending*)
Michael A. Chernoff (*Pro Hac Vice pending*)
5445 Corporate Drive, Suite 200
Troy, MI  48098
Tel. 248-641-1600
Fax: 248-641-0270
Email:  gforbis@harnessip.com
            mchernoff@harnessip.com

Attorneys for Plaintiff DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> SUNWEST FABRICATION INC.; RANDALL BOGOJE; RAFAEL DIAGO; and JOHN DOE, <br><br> Defendants. | Case No. <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its

undersigned counsel as and for its Complaint against Defendant Sunwest Fabrication Inc.

1

("Sunwest"), Defendant Randall Bogoje ("Bogoje"), Defendant Rafael Diago ("Diago"), and Defendant John Doe ("Doe") (collectively, "Defendants") hereby alleges as follows:

## NATURE OF THE ACTION

This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of Sunwest's, Bogoje's, Diago's, and Doe's unauthorized and willful use and copying of DS SolidWorks' SOLIDWORKS software package.

## THE PARTIES

1.     Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451-1223.

2.     On information and belief, Defendant Sunwest is a California corporation having a principal place of business at 21125 Centre Pointe Parkway, Santa Clarita, CA 91350.

3.     On information and belief, Defendant Bogoje is an adult individual residing at 33540 Desert Road, Acton, CA 93510, who is the Chief Executive Officer of Sunwest.

4.     On information and belief, Defendant Diago is an adult individual residing at 27938 Knight Street, Castaic, CA 91384, who is an employee or otherwise associated with Sunwest.

5.     On information and belief, Defendant Doe is an adult individual who is an employee or otherwise associated with Sunwest.

## JURISDICTION AND VENUE

6.     This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks's SOLIDWORKS software packages and under state law for breach of contract.

7.     This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a).  This

Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

8.    This Court has personal jurisdiction over Sunwest because, among other things, Sunwest resides in and conducts business in California and in this judicial district.

9.    This Court has personal jurisdiction over Bagoje because, among other things, Bagoje is the Chief Executive Officer of Sunwest and a resident of California, also residing within this judicial district.

10.    This Court has personal jurisdiction over Diago because, among other things, Diago is an employee of Sunwest and a resident of California, also residing within this judicial district.

11.    This Court has personal jurisdiction over Doe because, upon information and belief, Doe is an employee of Sunwest and resident of California, also residing within this judicial district.

12.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2), 1391(c)(2), 1391(d), and 1400(a).

## BACKGROUND

### DS SolidWorks and the Copyrighted Works

13.    DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

14.    DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

15.    DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations in Table 1 below, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX 0008101716 | SOLIDWORKS 2015 |
| TX 0008895494 | SOLIDWORKS 2019 |

| TX 0008885576 | SOLIDWORKS 2020 |
| TX 0009112305 | SOLIDWORKS 2021 |

Table 1

**Detection of Infringement by Defendants**

16.    The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies use of unlicensed and unauthorized copies of the SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

17.    Through its monitoring technology, DS SolidWorks detected at least 439 uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least four different computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | Mac Addresses |
|---|---|
| 1 | f439092c658c<br>802bf9451ce4<br>802bf9451ce3 |
| 2 | 8c8caa5799ed<br>b07d648937ac<br>b07d648937a9<br>b07d648937a8 |
| 3 | 00051b9c4364<br>d80f9928b8da<br>d481d73b3b94<br>d80f9928b8d9 |
| 4 | 74e6e24cddbf |

Table 2

**Computer 1**

18.    Through its monitoring technology, DS SolidWorks detected that 99 of the above-referenced 439 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

19.    Through its monitoring technology, DS SolidWorks detected a registered account having the email address "oliver@sunwestfab.com" on Computer 1.

20. The URL "sunwestfab.com" directs to Sunwest's website.

21. The domain "sunwestfab.com" is an email domain name established by and/or used by Sunwest.

22. A Sunwest employee and/or person under the control of Bogoje and/or Sunwest having the name "Oliver" is a user of Computer 1.

23. A Sunwest employee and/or person under the control of Bogoje and/or Sunwest having the name "Oliver" has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

24. Through its monitoring technology, DS SolidWorks detected the username "randa" registered on Computer 1 during an unauthorized use of SOLIDWORKS.

25. "randa" is the beginning of Bogoje's first name, i.e., "Randall."

26. The username "randa" is used by Bogoje on Computer 1.

27. Bogoje is a user of Computer 1.

28. Bogoje has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

29. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 96 of the above-referenced 439 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 21125 Centre Pointe Parkway, Santa Clarita, CA 91350.

30. Sunwest has a facility at 21125 Centre Pointe Parkway, Santa Clarita, CA 91350. *See* www.sunwestfab.com.

31. Through its monitoring technology, DS SolidWorks detected that 99 of the above-referenced 439 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while connected to the internet from IP address 172.115.91.106.

32.    On September 15, 2021, Sunwest activated a separate valid SOLIDWORKS license on a computer associated with the email address "douglas@sunwestfab.com" connected to the IP address 172.115.91.106.

33.    Sunwest connects to the internet through IP Address 172.115.91.106.

34.    On July 10, 2019, a separate valid SolidWorks license belonging to Sunwest was activated on Computer 1.

35.    Computer 1 is owned by and/or is under the control of Sunwest.

36.    A Sunwest employee and/or person under the control of Bogoje and/or Sunwest is a user of Computer 1.

37.    A Sunwest employee and/or person under the control of Bogoje and/or Sunwest has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

**Computer 2**

38.    Through its monitoring technology, DS SolidWorks detected that 141 of the above-referenced 439 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

39.    Through its monitoring technology, DS SolidWorks detected a registered account having the email address "randall@sunwestfab.com" on Computer 2.

40.    Through its monitoring technology, DS SolidWorks detected the username "randa" registered on Computer 2 during an unauthorized use of SOLIDWORKS.

41.    "Randa" is the beginning of Bogoje's first name, i.e., "Randall."

42.    The username "randa" is used by Bogoje.

43.    Through its monitoring technology, DS SolidWorks detected a registered account having an email address including the email domain "themindfullemon.com" on Computer 2.

44.    The URL "themindfullemon.com" directs to the website of The Mindful Lemon Marriage and Family Therapy, Inc. ("Mindful Lemon"), a California corporation.

COMPLAINT

45.     Bogoje is the co-founder of Mindful Lemon. *See* www.linkedin.com/randall-bogoje-885080155/.

46.     The domain "themindfullemon.com" is an email domain name established by and/or used by Mindful Lemon.

47.     The domain "themindfullemon.com" is an email domain name used by Bogoje.

48.     Bogoje is a user of Computer 2.

49.     Bogoje has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

50.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 103 of the above-referenced 439 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while Computer 2 was physically located at the address 21125 Centre Pointe Parkway, Santa Clarita, CA 91350.

51.     Through its monitoring technology, DS SolidWorks detected that 106 of the above-referenced 439 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while connected to the internet from IP address 172.115.91.106, the same IP address from which unauthorized and unlicensed uses of SOLIDWORKS originated on Computer 1.

52.     A Sunwest employee and/or person under the control of Bogoje and/or Sunwest is a user of Computer 2.

53.     A Sunwest employee and/or person under the control of Bogoje and/or Sunwest has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

**Computer 3**

54.     Through its monitoring technology, DS SolidWorks detected that 198 of the above-referenced 439 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

55.     Through its monitoring technology, DS SolidWorks detected a registered account having the email address "rafael@sunwestfab.com" on Computer 3.

56.     Through its monitoring technology, DS SolidWorks detected the username "Eduardo Diago" registered on Computer 3 during an unauthorized use of SOLIDWORKS.

57.     "Eduardo Diago" is the combination of Diago's middle name, i.e., "Eduardo," and Diago's last name, i.e., "Diago."

58.     The username "Eduardo Diago" is used by Diago.

59.     Diago is a user of Computer 3.

60.     Diago has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 3.

61.     A Sunwest employee and/or person under the control of Bogoje and/or Sunwest is a user of Computer 3.

62.     A Sunwest employee and/or person under the control of Bogoje and/or Sunwest has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 3.

**Computer 4**

63.     Through its monitoring technology, DS SolidWorks detected that 1 of the above-referenced 439 uses of the unlicensed and unauthorized copies of SOLIDWORKS software occurred on Computer 4 while connected to the internet from IP address 172.115.91.106, the same IP address from which unauthorized and unlicensed uses of SOLIDWORKS originated on Computer 1 and Computer 2.

64.     A Sunwest employee and/or person under the control of Bogoje and/or Sunwest is a user of Computer 4.

65.     A Sunwest employee and/or person under the control of Bogoje and/or Sunwest has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 4.

**Infringement, Circumvention, and Breach by Sunwest, Bogoje, Diago, and Doe**

66.   The Computers are owned by at least one of the Defendants.

67.   Sunwest purports to offer fabrication and manufacturing services, including full-service CAD/shop drawings, finishwork & patina, CNC routing, CNC waterjet, and set-in-place/installation. *See* www.sunwestfab.com/fabrication-services/.

68.   DS SolidWorks' SOLIDWORKS software packages are frequently used by fabricators and manufacturers.

69.   The Computers have been used by at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest.

70.   At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest downloaded one or more copies of SOLIDWORKS from the internet.

71.   At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest installed one or more copies of SOLIDWORKS on the Computers.

72.   During the installation process of SOLIDWORKS, a link to a License Agreement is displayed on the screen of the computer. A copy of the License Agreement is attached as Exhibit 2, hereto.

73.   The License Agreement states that "…installing and using [SOLIDWORKS]…will signify your agreement to be bound by these terms and conditions." Exhibit 2 at 2/45.

74.   At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

75.   One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use

1   [SOLIDWORKS] in any computer or copy it without a right to do so from DS."  Id., at

2   2/45.

3          76.    The License Agreement gives permission to a user to install and use one (1)

4   copy of SOLIDWORKS if the license fee for a single-user license of SOLIDWORKS has

5   been paid for such copy: "If you have paid the license fee for a single-user license of

6   [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of

7   [SOLIDWORKS] on any single computer." *Id.*, at 3/45.

8          77.    But Defendants did not pay the license fee for the copies of SOLIDWORKS

9   that were installed.

10         78.    Therefore, Defendants do not have authorization from DS SolidWorks to

11  launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and

12  unauthorized uses.

13         79.    Additional terms and conditions of the License Agreement include that (i)

14  use of SOLIDWORKS without the required lock device or authorization key provided by

15  DS SolidWorks is prohibited, and (ii) the user is prohibited from taking steps to avoid or

16  defeat the license authorization key mechanism for controlling access to SOLIDWORKS:

17  "DS [SolidWorks] also reserves the right to use a hardware lock device, license

18  administration software, and/or a license authorization key to control access to

19  [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such

20  measures. Use of [SOLIDWORKS] without any required lock device or authorization key

21  provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

22         80.    Through its monitoring technology, DS SolidWorks detected the signature of

23  the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks'

24  access control measures.

25         81.    At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons

26  under the control of Bogoje and/or Sunwest ran the SolidSquad (SSQ) crack on the

27  Computers following the installation of SOLIDWORKS.

28

82.     At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

83.     At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest have been using DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks.

84.     Upon information and belief, Sunwest received a direct financial benefit from the use of SOLIDWORKS by Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Sunwest.

**Notice of Infringement to Defendant Sunwest**

85.     On April 15, 2020, counsel for DS SolidWorks sent a first letter to Sunwest via email and First Class Mail to Bogoje, offering to resolve Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages on Computer 3. The April 15, 2020, letter is attached as Exhibit 3, hereto.

86.     Between April 16, 2020 and April 30, 2020, a compliance mediator from DS SolidWorks attempted to communicate with Bogoje regarding the possibility of resolving Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages via a series of emails messages and phone calls. Bogoje did not respond.

87.     On June 9, 2020, counsel for DS SolidWorks sent a second letter to Sunwest via email and First Class Mail to Bogoje, offering to resolve Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages on Computer 3. The June 9, 2020, letter is attached as Exhibit 4, hereto.

88.     Between June 11, 2020, and June 18, 2020, counsel for DS SolidWorks attempted to communicate with Bogoje regarding the possibility of resolving Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages via a series of email messages and phone calls. Bogoje did not respond.

89.     Between November 8, 2021, and November 19, 2021, a license compliance investigator from DS SolidWorks attempted to communicate with Bogoje, Sunwest employee Brian Boorsma ("Boorsma"), and Sunwest employee Douglas Edwards ("Edwards") regarding the possibility of resolving Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages via a series of emails. Neither Bogoje, Boorsma, nor Edwards responded.

90.     On December 17, 2021, counsel for DS SolidWorks sent a third letter to Sunwest via email and First Class Mail to Bogoje, offering to resolve Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages on Computer 1, Computer 2, and Computer 3. The December 17, 2021, letter is attached as Exhibit 5, hereto.

91.     Between January 18, 2022 and February 10, 2022, a compliance mediator from DS SolidWorks attempted to communicate with Bogoje regarding the possibility of resolving Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages via an email message and a series of phone calls. Bogoje did not respond.

92.     On February 10, 2022, counsel for DS SolidWorks sent a fourth letter to Sunwest via email and First Class Mail to Bogoje, offering to resolve Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages on the Computers. The February 10, 2022, letter is attached as Exhibit 6, hereto.

93.     Between February 21, 2022, and March 25, 2022, counsel for DS SolidWorks attempted to communicate with Bogoje regarding the possibility of resolving Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages via a series of email messages and a phone call. Bogoje did not respond.

94.     Neither Bogoje nor Sunwest responded to attempts to communicate by DS SolidWorks regarding the possibility of resolving Sunwest's unauthorized use of DS SolidWorks's SOLIDWORKS software packages.

95.     Unauthorized use of DS SolidWorks's SOLIDWORKS software packages has continued with unauthorized use occurring as recently as December 8, 2022.

96.  Computer 4 was discovered to be connected to Sunwest after attempts to contact Sunwest began.

## COUNT I

## FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

97.  DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

98.  SOLIDWORKS, including SOLIDWORKS 2015, SOLIDWORKS 2019, SOLIDWORKS 2020, and SOLIDWORKS 2021, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

99.  DS SolidWorks owns all rights and title to the copyrights for SOLIDWORKS.

100.  At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest downloaded the SOLIDWORKS 2015, SOLIDWORKS 2019, SOLIDWORKS 2020, and SOLIDWORKS 2021 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

101.  Subsequently to downloading a copy of SOLIDWORKS, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest installed, executed, and used the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

102.  Each time at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest executed SOLIDWORKS, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile

memory, e.g., random access memory (RAM) without authorization or permission from DS SolidWorks.

103.   At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest executed SOLIDWORKS at least on the Computers.

104.   By making unauthorized copies of SOLIDWORKS as described above, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest infringed and violated (directly or indirectly) DS SolidWorks's copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks's exclusive right under 17 U.S.C. § 106(1) "to reproduce the copyrighted work in copies."

105.   Upon information and belief, Sunwest received a direct financial benefit from the above-described infringement of DS SolidWorks's copyrights.

106.   At least one of Sunwest's, Bogoje's, Diago's, or Doe's infringement and violation of DS SolidWorks's copyrights has been knowing and willful.

107.   DS SolidWorks has been damaged by the aforementioned infringement.

## COUNT II
## CIRCUMVENTION OF TECHNOLOGICAL MEASURES
## (17 U.S.C. § 1201)

108.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

109.   SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized License Key provided by DS SolidWorks to properly-licensed users of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

110.   Neither Sunwest, Bogoje, Diago, nor Doe received an authorized License Key from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

111.   Upon information and belief, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest circumvented the technological measures incorporated in SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

112.   Upon information and belief, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

113.   By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, during the installation process, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest have violated 17 U.S.C. § 1201.

114.   Each time at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest used SOLIDWORKS modified by the SolidSquad (SSQ) crack, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest violated 17 U.S.C. § 1201 by avoiding, bypassing, deactivating, or otherwise impairing SOLIDWORKS' technological measures.

115.   Upon information and belief, Sunwest received a direct financial benefit from the above-described circumvention.

116.   DS SolidWorks has been damaged by at least one of Sunwest's, Bogoje's, Diago's, or Doe's above-described actions.

## COUNT III

## BREACH OF CONTRACT

## (Massachusetts Common Law)

117.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

118.   The installation of SOLIDWORKS 2015, SOLIDWORKS 2019, SOLIDWORKS 2020, and SOLIDWORKS 2021 requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement.  *See* Ex. 2.

119.   At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest accepted the SOLIDWORKS License agreement when they installed and/or used SOLIDWORKS 2015, SOLIDWORKS 2019, SOLIDWORKS 2020, and SOLIDWORKS 2021.

120.   The License Agreement states "[i]f you have paid the license fee for a single-user license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 2, at 3/45.

121.   Neither Sunwest, Bogoje, Diago, nor Doe paid the license fee for the above-mentioned unauthorized and unlicensed uses.

122.   By installing and/or using SOLIDWORKS 2015, SOLIDWORKS 2019, SOLIDWORKS 2020, and SOLIDWORKS 2021 on the Computers without paying the license fee, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest breached the License Agreement.

123.   The License Agreement states "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks.]" *Id.*, at 2/45.

124.   Neither Sunwest, Bogoje, Diago, nor Doe received a right to load, use or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

16

COMPLAINT

125.   At least one of Bogoje, Diago, Doe, and/or employees of Sunwest or persons under the control of Sunwest downloaded the SOLIDWORKS 2015, SOLIDWORKS 2019, SOLIDWORKS 2020, and SOLIDWORKS 2021 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without a right to do so from DS SolidWorks.

126.   Subsequent to downloading a copy of SOLIDWORKS, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

127.   Each time at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest executed SOLIDWORKS, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

128.   At least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest executed SOLIDWORKS at least on the Computers.

129.   By copying SOLIDWORKS as described above, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest breached the License Agreement by copying SOLIDWORKS without the right to do so.

130.   By loading SOLIDWORKS onto the Computers, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest breached the License Agreement by loading SOLIDWORKS without the right to do so.

131.   By using SOLIDWORKS on the Computers, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest breached the License Agreement by using SOLIDWORKS without the right to do so.

132.   The License Agreement states "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

133.   Upon information and belief, after installing SOLIDWORKS, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest ran the SolidSquad (SSQ) crack program.

134.   Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

135.   By running the SolidSquad (SSQ) crack program, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest breached the License Agreement.

136.   DS SolidWorks did not provide Sunwest, Bogoje, Diago, and/or Doe a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest for the above-referenced unlicensed and unauthorized uses.

137.   By using the SOLIDWORKS software without a license authorization key provided by DS SolidWorks, at least one of Bogoje, Diago, Doe, employees of Sunwest and/or persons under the control of Bogoje and/or Sunwest breached the License Agreement.

138.   The License Agreement states that it is to be governed by the law of the Commonwealth of Massachusetts. *Id.,* at 3/45.

139.   DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

WHEREFORE, DS SolidWorks prays for relief as follows:

A.      For a judgment determining that Sunwest, Bogoje, Diago, and Doe have infringed DS SolidWorks's copyrights in violation of 17 U.S.C. § 501;

B.      For a judgment determining that Sunwest, Bogoje, Diago, and Doe have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C.      For a finding that such infringement and/or circumvention was willful;

D.      For a judgment determining that Sunwest, Bogoje, Diago, and Doe have breached the License Agreement under Massachusetts Common Law;

E.      For a judgment preliminarily and permanently enjoining and restraining Sunwest, including its officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them, Bogoje, Diago, and Doe from directly or indirectly infringing DS SolidWorks's copyrights;

F.      For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Sunwest, (iii) statutory damages of $150,000 per act of infringement, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G.      For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Sunwest, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

H.      For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I.      For such other and further relief as the Court deems just and proper.

/ / /

/ / /

/ / /

1

## DEMAND FOR A JURY TRIAL

2    DS SolidWorks hereby demands a trial by jury in this action.

3

4    Dated:  December 19, 2022          HARRINGTON, FOXX, DUBROW & CANTER,
5                                       LLP

6

7
                                        By: /s/ Edward W. Lukas, Jr.
8                                            EDWARD W. LUKAS, JR.
9                                            Attorneys for Plaintiff
                                             DASSAULT SYSTÈMES SOLIDWORKS
10                                           CORPORATION

11

12   Dated:  December 19, 2022          HARNESS, DICKEY & PIERCE, P.L.C.

13

14
                                        By: /s/ Glenn E. Forbis
15                                           GLENN E. FORBIS (*Pro Hac Vice pending*)
16                                           MICHAEL A. CHERNOFF (*Pro Hac Vice
                                             pending*)
17                                           Attorneys for Plaintiff
                                             DASSAULT SYSTÈMES SOLIDWORKS
18                                           CORPORATION

19

20

21

22

23

24

25

26

27

28