# EXHIBIT 3



**Glenn E. Forbis**
Direct Dial:  248-641-1249
Forbis.3ds@hdp.com

April 15, 2020

*Via E-mail & First Class Mail to randall@sunwestfab.com*

Mr. Randall Bogoje, CEO
SunWest Fabrication LLC
21125 Centre Pointe Parkway
Santa Clarita, CA 91350

      RE:    <u>Unauthorized Use of SolidWorks Software</u>

Dear Mr. Bogoje:

      We represent Dassault Systèmes SolidWorks Corporation ("DSSW") located in Waltham, Massachusetts.  As you may know, DSSW provides world-leading 3D design software and solutions to more than 150,000 customers in a wide range of industries around the globe.  DSSW is the publisher and owner of all right, title and interest in and to its proprietary suite of software known as SOLIDWORKS (the "Software").  DSSW owns the copyright in the United States and elsewhere for this Software.

      Our client has informed us that SunWest Fabrication LLC ("SunWest Fabrication") has been using the Software without valid licenses.  SunWest Fabrication's unauthorized use violates DSSW's valuable intellectual property rights and constitutes a breach of the end user license agreement ("EULA") governing SunWest Fabrication's use of DSSW's products.  By engaging the sophisticated monitoring technology described in the EULA, DSSW has obtained evidence, including, but not limited to, MAC and IP addresses pointing to SunWest Fabrication's unauthorized use.  DSSW has evidence that SunWest Fabrication has accessed SOLIDWORKS Premium, the add-ons and other versions of the Software identified on Exhibit A attached hereto.

      SunWest Fabrication's past and continued use of the Software without valid licenses constitutes infringement of DSSW's rights under the United States Copyright Act and subjects SunWest Fabrication to liability for statutory damages.  Specifically, U.S. copyright law provides for civil as well as criminal penalties for infringement.  Even absent proof of any actual damages, a copyright owner such as DSSW is entitled to statutory damages of up to $150,000.00 for each work that is willfully infringed.  *See* 17 U.S.C. § 504(c).  Each copy of the Software is a separate work under the Copyright Act, and DSSW has consistently registered its copyrights for years.  Further, a copyright owner is presumptively entitled to receive reimbursement of its attorneys' fees from a defendant found to have engaged in copyright infringement.  *See,* 17 U.S.C. §505.

Harness, Dickey & Pierce, P.L.C.   Attorneys and Counselors
5445 Corporate Drive, Suite 200, Troy, MI 48098      **Phone** 248.641.1600   **Fax** 248.641.0270

*Metropolitan*:    Detroit, MI    St. Louis, MO    Washington, D.C.    Dallas, TX    www.hdp.com

80

Mr. Randall Bogoje
April 15, 2020
Page 2 of 2

In light of the foregoing, we demand that SunWest Fabrication immediately cease and desist its infringing activities. Further, DSSW will require compensation for SunWest Fabrication's past infringements. A SolidWorks Compliance Mediator from DSSW will contact you to work out a resolution of this matter. The Compliance Mediator can also assist you in purchasing licenses and subscriptions for future use of SolidWorks. Note that any purchase of software other than through and under the direction of the SolidWorks Compliance Program Mediator shall be null and void unless and until this matter is resolved.

Our client is very conscious of the challenges that your company is facing in view of the COVID-19 pandemic. In order to ensure business continuity, our client has already put in place facilities to support its customers working remotely from home. (https://blogs.solidworks.com/solidworksblog/2020/03/office-closed-due-to-coronavirus-heres-how-to-use-solidworks-at-home.html). This strategy is to ensure that individuals and businesses do not need to resort to the use of unlicensed software to carry out their work.

That said, we would appreciate your urgent attention to work with us on this unlicensed usage. Our client is entitled to protect its intellectual property rights but wishes to emphasize that it is keen in the current economic climate to resolve this matter amicably, and to achieve regularization by agreement and engagement to assist businesses move forward positively in these difficult times. We would like to reiterate that DSSW remains on your side in this difficult situation.

This letter does not constitute a complete or exhaustive statement of our client's rights, claims, contentions, or legal theories. Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of DSSW's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

Glenn E. Forbis

<u>Exhibit A</u>

**SunWest Fabrication LLC**

| Machine No. | 1 |
|---|---|
| MAC Addresses | d80f9928b8d9<br>00051b9c4364<br>d481d73b3b94 |
| Product | SolidWorks v2019 |
| Add-ons | Inspection |

23436804