EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, California 91203
Telephone (213) 489-3222
Email: elukas@hfdclaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION<br><br>Plaintiff(s),<br>v.<br>SUNWEST FABRICATION INC.;<br>RANDALL BOGOJE; and RAFAEL DIAGO;<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:22−cv−09199−MWF−MRW<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s)  RAFAEL DIAGO _____

_____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by  DASSAULT SYSTÈMES SOLIDWORKS CORPORATION _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| March 8, 2023 | *Edward W. Lukas, Jr.* |
| *Date* | *Signature of Attorney/Party* |

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 333 South Hope Street, Suite 1000, Los Angeles, California  90071.

On March 8, 2023, I served the foregoing document described as **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c)** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[X]  **BY MAIL** - I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[]  **BY PERSONAL SERVICE** - I caused such envelope to be delivered by a process server employed by Nationwide Legal LLC.

[]  **VIA FACSIMILE-** I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

[]  **BY ELECTRONIC TRANSMISSION** - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[]  **BY OVERNIGHT DELIVERY** - I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

[X]  (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2023, at Los Angeles, California.

*Martha Aguilar*
MARTHA AGUILAR

1
PROOF OF SERVICE

1

<u>SERVICE LIST</u>

2

***Dassault Systemes v. Sunwest Fabrication Inc., et al.***

3

USDC – Central; Case No.: 2:22-cv-09199 MWF (MRWx)

4

Rafael Diago
27938 Knight Street

5

Castaic, CA 91384

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28