JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNWEST FABRICATION INC.; RANDALL BOGOJE; RAFAEL DIAGO; and JOHN DOE,<br><br>    Defendants. | Case No. 2:22−cv−09199 MWF (MRWx)<br><br>The Hon. Michael W. Fitzgerald<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

This Court, having considered the request of the Parties to enter the following relief, and such relief appearing reasonable under the circumstances,

The Court finds as follows:

On December 19, 2022, Plaintiff filed Case No. 2:22-cv-09199-MWF-MRW in the United States District Court for the Central District of California. Plaintiff and Defendants have now stipulated to the entry of the following Consent Judgment.

The parties agree and the Court finds as follows:

    A.    Plaintiff brought this action by filing a complaint asserting Plaintiff's registered U.S. copyrights.

B. Defendants have not filed an answer to the complaint.

C. The Court has subject matter jurisdiction over this action.

D. The Court has personal jurisdiction over each Defendant.

E. The Parties have reached agreement to resolve this matter and request that the Court enter the following relief.

Therefore, JUDGMENT IS HEREBY ENTERED in favor of DASSAULT SYSTÈMES SOLIDWORKS CORPORATION.

Pursuant to Fed. R. Civ. P. 65, IT IS HEREBY ORDERED that Defendants RANDALL BOGOJE and SUNWEST FABRICATION INC. and their respective employees, agents, officers, directors, shareholders, subsidiaries, parent companies, related companies, all persons under the direction of Defendants RANDALL BOGOJE or SUNWEST FABRICATION INC., and other persons in active concert or participation with any of them and who receive actual notice of this Order (together, the "Enjoined Parties"), are hereby permanently prohibited from using any copies of the SOLIDWORKS software package without being the lawful owner of appropriate licenses permitting such use.

IT IS FURTHER HEREBY ORDERED that Defendants SUNWEST FABRICATION INC. and RANDALL BOGOJE pay One Hundred Forty Thousand Dollars ($140,000.00) to Plaintiff by March 30, 2023.

IT IS FURTHER HEREBY ORDERED each Party shall bear its own costs and attorneys' fees. The Court specifically retains jurisdiction of this matter for purposes of enforcing the terms of this Consent Judgment.  This is a final order and judgment.

**SO ORDERED on this ninth day of March, 2023.**

_____
MICHAEL W. FITZGERALD
United States District Judge

For Plaintiff Dassault Systèmes SolidWorks Corporation:

Date: March 8, 2023

/s/ Edward W. Lukas, Jr.
Edward W. Lukas, Jr. (#155214)
Harrington, Foxx, Dubrow & Canter, LLP
535 N. Brand Blvd., Suite 800
Glendale, CA  91203
213-489-3222

Date:  March 8, 2023

/s/ Glenn E. Forbis
Glenn E. Forbis
Michael A. Chernoff
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
gforbis@harnessip.com
mchernoff@harnessip.com

Pro Hac Vice

For Defendants Sunwest Fabrication Inc. and Randall Bogoje:

Date: March 8, 2023

/s/Anthony J. Carucci
Anthony J. Carucci (#301923)
acarucci@swlaw.com
Snell & Wilmer LLP
600 Anton Boulevard., Suite 1400
Costa Mesa, CA  92626
714-427-7000
Attorney for Defendants Sunwest Fabrication Inc. and Randall Bogoje